THE R. G. PACKARD COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Packard Co.* v. *City of New York*, 151 App. Div. 941, affirmed.
(Argued January 30, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 12, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* and *Terence Farley* of counsel), for appellant.

*L. Laflin Kellogg, Alfred C. Petté* and *Franklin Nevius* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.